# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **ROBIN JONES, individually and on behalf of all persons similarly situated,** | : : : | **Civil Action No.: 2:20-cv-02595** |
| Plaintiff, | : : : | **Collective Action Pursuant to 29 U.S.C. § 216(b)** |
| v. | : : | |
| **DHL EXPRESS (USA) INC. d.b.a. DHL Express, and FLYWAY EXPRESS, LLC,** | : : : : | **Jury Trial Demanded** |
| Defendants. | : | |

## NOTICE OF FILING CONSENT TO JOIN COLLECTIVE ACTION

Plaintiff Robin Jones, individually and on behalf of all persons similarly situated, hereby files the following Opt-In Consent Form, submitted herewith as Exhibit A, pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

    14. Zackery Lunford

Dated: December 21, 2020          Respectfully submitted,

                                          /s/ Camille Fundora Rodriguez
                                         Sarah R. Schalman-Bergen
                                         Camille Fundora Rodriguez
                                         Krysten Connon
                                         BERGER MONTAGUE PC
                                         1818 Market Street, Suite 3600
                                         Philadelphia, PA 19103
                                         Tel.: (215) 875-3000
                                         Fax: (215) 875-4604
                                         sschalman-bergen@bm.net
                                         crodriguez@bm.net
                                         kconnon@bm.net

        Mark N. Foster
        Law Office of Mark N. Foster, PLLC
        P.O. Box 869
        Madisonville, KY 42431
        (270) 213-1303
        Mfoster@MarkNFoster.com

        *Attorneys for the Plaintiff*
        *and the Proposed Collective*

## **CERTIFICATE OF SERVICE**

I, Camille Fundora Rodriguez, hereby certifies that on December 21, 2020, I filed the foregoing via the Court's CM/ECF system, which will automatically send a notice of filing to counsel of record.

/s/ Camille Fundora Rodriguez
Camille Fundora Rodriguez