# Exhibit A

# CONSENT TO JOIN AND AUTHORIZATION TO REPRESENT
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA") arising out of my work with DHL Express (USA), Inc. d/b/a DHL Express and Flyway Express LLC and/or related entities and individuals ("DHL/Flyway").

2. I worked for DHL/Flyway from on or about __March 2019__ (month, year) to on or about __present__ (month, year). During this time, I worked for DHL/Flyway in the following state(s): __Tennessee__.

3. I understand that this lawsuit is brought under the FLSA. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

4. I hereby designate Berger Montague PC, at 1818 Market Street, Suite 3600, Philadelphia, Pennsylvania 19103, ("Plaintiff's Counsel"), to represent me for all purposes in this action or any subsequent action against DHL/Flyway.

5. I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _[DocuSigned by: Zackery Lunford / DAA5EF6B22CD456...]_

Date: 12/21/2020

Name: ZACKERY Lunford

Address: ███████████████████████

Telephone: ███████████

E-mail: ███████████

COMPLETE AND RETURN TO:
BERGER MONTAGUE PC
ATTN: Jasmin Alvarez
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-4670
Fax: (215) 875-4604
Email: jalvarez@bm.net