IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **ROBIN JONES and MICHAEL BENTON,** individually and on behalf of all persons similarly situated, | Civil Action No.: 2:20-cv-02595<br><br>Collective Action |
| **Plaintiffs,** | |
| v. | |
| **DHL EXPRESS (USA) INC. d.b.a. DHL EXPRESS and FLYWAY EXPRESS, LLC,** | |
| **Defendants.** | |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL
OF THE SETTLEMENT AGREEMENT AND
ATTORNEYS' FEES AND COSTS**

Plaintiffs Robin Jones and Michael Benton, through their undersigned counsel, respectfully move this Court for an Order:

1. Granting approval of the Parties' Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to this Motion, as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

2. For settlement purposes, finally certifying the following collective with respect to Flyway Express, LLC ("Flyway") only pursuant to 29 U.S.C. § 216(b):

> All current and former drivers operating vehicles weighing less than 10,001 pounds who were paid by Flyway to deliver packages pursuant to Flyway's agreement with DHL Express (USA) Inc. d.b.a. DHL Express ("DHL") between August 12, 2017 and November 2, 2020 (the "Settlement Collective").

3. Approving a Service Award to the Named Plaintiffs, Robin Jones and Michael Benton, in the amount of $7,500.00 each, in recognition of their efforts in bringing and prosecuting

this matter on behalf of the Settlement Collective and in consideration of their broader release of claims in favor of Defendants.

4. Approving Berger Montague PC, Bohrer Brady, LLC, and Law Office of Mark N. Foster, PLLC as Plaintiffs' Counsel for the Settlement Collective and approving the award of attorneys' fees to Plaintiffs' Counsel in the amount of $231,666.67, and reimbursement of Plaintiffs' Counsel's out-of-pocket costs that are currently $5,961.36.

5. Approving the Notice of Collective Settlement and Settlement Award ("Notice"), attached as Exhibit A to the Settlement Agreement, and authorizing dissemination of the Notice to members of the Settlement Collective.

6. Dismissing this case against Defendants with prejudice.

This Motion is based on the accompanying Memorandum of Law, the declarations Camille Fundora Rodriguez and Scott E. Brady in support, the attached Exhibits, and all other records, pleadings and papers on file in this action. Defendants do not oppose this Motion. A proposed Order is submitted for the Court's consideration.

Dated: March 4, 2021

**BERGER MONTAGUE PC**

/s/ Camille Fundora Rodriguez
Camille Fundora Rodriguez
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
crodriguez@bm.net

**BOHRER BRADY, LLC**

/s/ Scott E. Brady
Philip Bohrer
Scott E. Brady
BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B

>Baton Rouge, Louisiana 70809
>Tel: (225) 925-5297
>Fax: (225) 231-7000
>phil@bohrerbrady.com
>scott@bohrerbrady.com
>
>**LAW OFFICE OF MARK N. FOSTER, PLLC**
>
>/s/ Mark N. Foster
>Mark N. Foster, BPR # 023626
>Law Office of Mark N. Foster, PLLC
>P.O. Box 869
>Madisonville, KY 42431
>(270) 213-1303
>Mfoster@MarkNFoster.com
>
>*Attorneys for Plaintiffs and the Proposed Collective*

**CERTIFICATE OF CONSULTATION**

I, Camille Fundora Rodriguez, hereby certify that Plaintiffs' Counsel has met and conferred with Counsel for Defendants Flyway and DHL, in compliance with Local Rule 7.2(a)(1)(B), and the parties are in agreement with the action requested by foregoing motion.

/s/ Camille Fundora Rodriguez
Camille Fundora Rodriguez

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed on the ECF docket and is available for viewing and download on this 4th day of March, 2021.

/s/ Camille Fundora Rodriguez
Camille Fundora Rodriguez
