IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROBIN JONES and MICHAEL BENTON, individually and on behalf of all persons similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>DHL EXPRESS (USA) INC. d.b.a. DHL EXPRESS and FLYWAY EXPRESS, LLC,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 2:20-cv-2595-SHL-atc<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF THE SETTLEMENT AGREEMENT AND ATTORNEYS' FEES AND COSTS**

Before the Court is Plaintiffs' Unopposed Motion for Approval of the Settlement Agreement and Attorneys' Fees and Costs, (ECF No. 51), filed March 4, 2021. The Parties also participated in a hearing on March 15, 2021, (ECF No. 53), in which they provided the Court with additional information regarding their calculation of damages and how they arrived at the gross settlement amount. The Court, having reviewed the Settlement Agreement, (ECF No. 51-2) and the additional information provided by the Parties at the March 15 hearing, and being otherwise sufficiently advised;

  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** by this Court:

  1.  The Court approves the Parties' Settlement Agreement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act and the Unopposed Motion for Approval of Settlement Agreement is **GRANTED**.

  2.  For settlement purposes, the Court finally **CERTIFIES** the following as a collective pursuant to 29 U.S.C. § 216(b) with respect to Flyway Express, LLC ("Flyway"):

  All current and former drivers operating vehicles weighing less than 10,001 pounds

who were paid by Flyway to deliver packages pursuant to Flyway's agreement with DHL Express (USA) Inc. d.b.a. DHL Express ("DHL") between August 12, 2017 and November 2, 2020.

3. The Court **APPROVES** a Service Award of $7,500.00 to Named Plaintiff Robin Jones and $7,500.00 to Named Plaintiff Michael Benton for their efforts in bringing and prosecuting this matter and for their broader release of claims in favor of Defendants.

4. Berger Montague PC, Bohrer Brady, LLC, and Law Office of Mark N. Foster, PLLC, are **APPROVED** as Plaintiffs' Counsel for the Settlement Collective.

5. The Court **APPROVES** Plaintiffs' Counsel's attorneys' fees in the amount of $231,666.67, and reimbursement of Plaintiffs' Counsel's out-of-pocket costs in the amount of $5,961.36.

6. The Court **APPROVES** the payment plan to Settlement Collective Members and the Notice of Collective Settlement and Settlement Award, attached as Exhibit A to the Settlement Agreement ("Notice"), and authorizes dissemination of the Notice to members of the Settlement Collective.

7. This Litigation, which was brought pursuant to 29 U.S.C. § 216(b), is hereby **DISMISSED WITH PREJUDICE** against Defendants in accordance with the terms of the Settlement Agreement. Settlement Collective Members who choose to cash or deposit their settlement checks are hereby enjoined from prosecuting any Released Claims against Defendants and the Releasees.

8. The Court retains jurisdiction over the action only to the extent necessary to oversee and enforce the terms of the settlement.

9. Plaintiffs' Unopposed Motion for Leave to File Excess Pages, (ECF No. 50), contemporaneously filed with its Unopposed Motion for Approval of the Settlement Agreement, is also **GRANTED**.

**IT IS SO ORDERED**, this 16th day of March, 2021.

                                                     s/ Sheryl H. Lipman
                                                   SHERYL H. LIPMAN
                                                   UNITED STATES DISTRICT JUDGE