IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROBIN JONES and MICHAEL BENTON, individually and on behalf of all persons similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) 2:20-cv-2595-SHL-atc ) |
| DHL EXPRESS (USA) INC. d.b.a. DHL EXPRESS and FLYWAY EXPRESS, LLC, | ) ) ) ) |
| Defendants. | ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff Robin Jones' Complaint (ECF No. 1), filed August 12, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Plaintiffs' Unopposed Motion for Approval of the Settlement Agreement and Attorneys' Fees and Costs (ECF No. 54) filed March 16, 2021, judgment is entered and the matter is hereby **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

March 16, 2021
Date